## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**ANTHONY HOLMES,**

     **Petitioner,**

**v.**                                  **Case No. 5:13cv49/MCR/EMT**

**SECRETARY FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

     **Respondent.**

_____/

## ORDER

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 26, 2013 (doc. 23).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

     Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

     2.     The Petition for Writ of Habeas Corpus (doc. 1) is **DENIED**.

     3.     A Certificate of Appealability is **DENIED**.

     **DONE and ORDERED** this 21st day of February, 2014

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**